27

RECEIVED

FILED

2004 OCT 10 P 4: 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE SARKIS                              :    CIVIL ACTION NO.
                    Plaintiff,             :
VS.                                        :    3:02CV1710 (WWE)
                                           :
BAJA MARINE CORPORATION, KNISKERN          :
MARINE CENTER, INC., and INAMAR            :
INSURANCE UNDERWRITING AGENCY,             :
INC.                                       :
                    Defendants,            :    AUGUST 12, 2003

FORM 26(f)
REPORT OF PARTIES' PLANNING MEETING

Date Complaint Filed:      September 24, 2002

Date Complaint Served:     Baja Marine Corporation: 11/14/02
                           Kniskern Marine Center: 10/29/02
                           Insurance Company of North America: 10/15/02

Date of Defendants' Appearance:   Baja Marine Corporation: 12/9/02
                                  Kniskern Marine Center: 11/13/02
                                  Insurance Company of North America: 10/30/02

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a telephone conference was held on July 30, 2003 between Attorney Joseph P. Quinn, Jr., Counsel for Plaintiff George Sarkis, and Attorney Nicole D. Dorman, Counsel for Defendant Insurance Company of North America [Inamar Insurance Underwriting Agency]. A second telephone conference was then held on August 1, 2003 between Attorney Joseph P. Quinn, Jr., Counsel for Plaintiff George Sarkis, and Attorney Maxwell Branson, Counsel for Defendant Baja Marine Corporation. A draft report was forwarded to both counsel and corrections were made pursuant to a telephonic request of August 13, 2003 by Attorney Dorman and a written facsimile request of August 19, 2003 by Attorney Branson.

Report Approved.
Discovery cutoff date 6-15-2004
Dispositive Motions due by 7-1-2004
SO ORDERED
Warren W. Eginton, Sr. U.S.D.J.