#28

Motion GRANTED.
Senior United States District Judge
10-27-03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE SARKIS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 302CV1710WWE |
| VS. | : | |
| BAJA MARINE CORPORATION and INAMAR INSURANCE UNDERWRITING AGENCY, INC. | : | |
| Defendants. | : | OCTOBER 8, 2003 |

### INITIAL MOTION FOR EXTENSION OF TIME

Defendant Baja Marine Corporation ("Baja") hereby moves for an extension of thirty days, up to and including November 10, 2003, within which to object and/or answer Defendant Inamar Insurance Underwriting Agency's Interrogatories and Requests for Production dated September 10, 2003. This extension of time is necessary to allow Baja to consult with its undersigned counsel and to gather the information and material necessary to formulate its objections and/or responses to these discovery requests. Pursuant to D. Conn. L. Civ. R. 7(b), the Clerk is empowered to grant this initial motion for extension of time.

The undersigned telephoned Inamar's counsel on this date and was told that Ms. Dorman was on vacation until Monday, October 13, 2003. Undersigned left a voicemail but, as of this

**ORAL ARGUMENT IS NOT REQUESTED**