UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE SARKIS | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 302CV1710WWE |
| VS. | : | |
| | : | |
| BAJA MARINE CORPORATION and INAMAR | : | |
| INSURANCE UNDERWRITING AGENCY, INC. | : | |
| | : | |
| Defendants. | : | NOVEMBER 10, 2003 |

## MOTION FOR EXTENSION OF TIME

Defendant Baja Marine Corporation ("Baja") hereby moves for an extension of two weeks, up to and including November 24, 2003, within which to object and/or answer Defendant Inamar Insurance Underwriting Agency's Interrogatories and Requests for Production dated September 10, 2003. This extension of time is necessary to allow Baja to consult with its undersigned counsel and to gather the information and material necessary to formulate its objections and/or responses to these discovery requests. This is the second extension of time Baja has requested with respect to this limitation. Counsel for Inamar has represented that she objects to the requested extension.

**ORAL ARGUMENT IS NOT REQUESTED**

                    THE DEFENDANT, BAJA MARINE
                    CORPORATION

                    By:_____
                        Maxwell Branson (ct#20925)
                        Day, Berry & Howard LLP
                        CityPlace I
                        Hartford, Connecticut 06103-3499
                        Phone: (860) 275-0100
                        Fax: (860) 275-0343
                        mbranson@dbh.com
                        Its Attorney

## **CERTIFICATION**

      THIS IS TO CERTIFY that, on this date, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

| | |
|---|---|
| Joseph P. Quinn, Jr. | Nicole D. Dorman |
| Furniss & Quinn, PC | Sack, Spector & Karsten |
| 248 Hudson Street | 836 Farmington Avenue |
| Hartford, CT 06106 | West Hartford, CT 06119 |

                        _____
                        Maxwell Branson