**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
SARKIS,                         :
        Plaintiff,              :
                                :    No. 3:02cv1710(WWE)
v.                              :
                                :
BAJA MARINE CORP.,              :
        Defendant.              :
```

**REFERRAL TO MAGISTRATE JUDGE**

This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

___ All purposes including trial upon written request by all parties (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

___ A ruling on the following pending motion:

XXX A settlement conference  (orefmisc./cnf)

___ A scheduling conference  (orefmisc/cnf)

___ Other:  (orefmisc./misc)

SO ORDERED this 12th day of November, 2003 at Bridgeport, Connecticut.

_____/S/_____
Warren W. Eginton
Senior U.S. District Judge