Held
11/12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

November 12, 2003

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:02-cv-1710 WWE**    **Sarkis v. Baja Marine Corp.**

Maxwell Branson
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544

Joseph P. Quinn Jr.
Furniss & Quinn
248 Hudson St.
Hartford, CT 06106

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Referral to Magistrate for Settlement