disk

#31

FILED

2003 NOV 12 P 1:07

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE SARKIS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 302CV1710WWE |
| VS. | : | |
| BAJA MARINE CORPORATION and INAMAR INSURANCE UNDERWRITING AGENCY, INC. | : | |
| Defendants. | : | NOVEMBER 10, 2003 |

**MOTION FOR EXTENSION OF TIME**

Defendant Baja Marine Corporation ("Baja") hereby moves for an extension of two weeks, up to and including November 24, 2003, within which to object and/or answer Defendant Inamar Insurance Underwriting Agency's Interrogatories and Requests for Production dated September 10, 2003. This extension of time is necessary to allow Baja to consult with its undersigned counsel and to gather the information and material necessary to formulate its objections and/or responses to these discovery requests. This is the second extension of time Baja has requested with respect to this limitation. Counsel for Inamar has represented that she objects to the requested extension.

**ORAL ARGUMENT IS NOT REQUESTED**

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
11-14-03