UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 13 P 12: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

George Sarkis

v.                                          CASE NUMBER: CV 3:02 1710 (WWE)

Baja Marine Corp, et al

## APPEARANCE

To the Clerk of this court and all parties of record:
Enter my appearance as counsel in this case for:

George Sarkis

_____          April 12, 2004         Date
Signature

Ct 00097                                  John J. Quinn
Connecticut Federal Bar Number            Print Clearly or Type Name

860 527-2245  (Fax 860-241-1032)          248 Hudson Street, Hartford, CT 06106
Telephone Number                          Address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed and or hand-delivered on this date to the following:

Maxwell Branson, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Nicole D. Dorman, Esq.
Sack, Specter & Karsten
836 Farmington Ave.
West Hartford, CT 06119

_____
John J. Quinn