FILED

2004 APR 21 P 2: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE SARKIS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 302CV1710WWE |
| VS. | : | |
| BAJA MARINE CORPORATION and INAMAR INSURANCE UNDERWRITING AGENCY, INC. | : | |
| Defendants. | : | APRIL 20, 2003 |

**STIPULATION REGARDING CONFIDENTIALITY**

It is hereby stipulated that:

1. Defendant Baja Marine Corporation ("Baja") will designate certain information and/or material, which will be produced in response to discovery requests in the above-titled action, which Baja deems confidential, as "Confidential" by written notice identifying the confidential document, or other information, or by affixing to the first page of such material a legend, such as "Confidential," "Confidential Document," "Confidential Material," or words of similar import.

2. Documents so marked or identified and all information derived therefrom ("Confidential Material") shall be treated in accordance with the terms of this Stipulation. "Confidential Material" shall be interpreted to include any and all copies, excerpts, summaries, or other renderings of material or information designated as "Confidential."

-1-