UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE SARKIS, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:02CV1710(WWE) |
| VS. | : | |
| | : | |
| BAJA MARINE CORPORATION, INAMAR | : | |
| INSURANCE UNDERWRITING AGENCY, INC. | : | |
| | : | |
| Defendants. | : | JUNE 21, 2004 |

## NOTICE OF APPEARANCE

To: U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Please enter the appearance of the undersigned, **DEBORAH S. RUSSO**, as attorney for the defendant, Baja Marine Corporation.

DEFENDANT, BAJA MARINE
CORPORATION


By_____
Deborah S. Russo (ct18818)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*dsrusso@dbh.com*
Its Attorneys

-2-

## **CERTIFICATION**

      THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

| | |
|---|---|
| John J. Quinn, Jr., Esq. | Nicole D. Dorman, Esq. |
| Furniss & Quinn, PC | Sack, Spector & Karsten |
| 248 Hudson Street | 836 Farmington Avenue |
| Hartford, CT  06106 | West Hartford, CT  06119 |

_____
    Deborah S. Russo