FILED

2004 JUN 23 A 11: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE SARKIS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 302CV1710WWE |
| VS. | : | |
| BAJA MARINE CORPORATION and INAMAR INSURANCE UNDERWRITING AGENCY, INC. | : | |
| Defendants. | : | JUNE 22, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of Maxwell Branson in the above-captioned matter on behalf of the defendant, BAJA MARINE CORPORATION. Other counsel has entered an appearance for this defendant.

THE DEFENDANT, BAJA MARINE
CORPORATION

By: _____
Maxwell Branson (ct#20925)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
Phone: (860) 275-0100
Fax: (860) 275-0343
mbranson@dbh.com
Its Attorney

## CERTIFICATION

THIS IS TO CERTIFY that, on this date, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

John Quinn
Furniss & Quinn, PC
248 Hudson Street
Hartford, CT 06106

Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Maxwell Branson