**FILED**

2004 JUN 23  A 11:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE SARKIS | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| VS. | : | 302CV1710WWE |
| | : | |
| BAJA MARINE CORPORATION and INAMAR INSURANCE UNDERWRITING AGENCY, INC. | : | |
| | : | |
| Defendants. | : | JUNE 22, 2004 |



Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
8-11-04

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of Maxwell Branson in the above-captioned matter on behalf of the defendant, BAJA MARINE CORPORATION. Other counsel has entered an appearance for this defendant.

THE DEFENDANT, BAJA MARINE
CORPORATION

By: _____
Maxwell Branson (ct#20925)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
Phone: (860) 275-0100
Fax: (860) 275-0343
mbranson@dbh.com
Its Attorney

FILED
2004 AUG 11 P 4:34
U.S. DISTRICT COURT
BRIDGEPORT, CONN