**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GEORGE SARKIS | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 302CV1710(WWE) |
| VS. | : | |
| | : | |
| BAJA MARINE CORPORATION and INAMAR | : | |
| INSURANCE UNDERWRITING AGENCY, INC. | : | |
| | : | |
| Defendants. | : | DECEMBER 13, 2004 |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff George Sarkis ("Sarkis"), and Defendants Inamar Insurance Company

("Inamar") and Baja Marine Corporation ("Baja") hereby jointly move to modify the scheduling

order as follows:

1.      Discovery will be completed by May 16, 2005.

2.      Depositions of expert witnesses disclosed by Sarkis and Inamar will be completed

by January 17, 2005.

3.      Baja will disclose its expert witnesses by February 15, 2005.

4.      Depositions of Baja's expert witnesses will be completed by May 16, 2005.

5.      Dispositive motions, if any, will be filed by June 16, 2005.

This is the first time the parties have requested a modification of the scheduling order.

The parties agree that this modification is necessary because the parties have been focused on

seeking a resolution of this matter.  For this reason, the parties hereby request that the Court

modify the scheduling order as set forth above.

THE PLAINTIFF, GEORGE SARKIS

By:_____
            John Quinn (ct 00097)
            Furniss & Quinn, PC
            248 Hudson Street
            Hartford, CT 06106
            His Attorney

THE DEFENDANT, BAJA MARINE
CORPORATION

By:_____
            Deborah S. Russo (ct 18818)
            Day, Berry & Howard LLP
            CityPlace I
            Hartford, Connecticut 06103-3499
            Its Attorney

THE DEFENDANT, INAMAR INSURANCE
COMPANY

By:_____
            Nicole D. Dorman (ct 07030)
            Sack, Spector & Karsten
            836 Farmington Avenue
            West Hartford, CT 06119
            Its Attorney

## **CERTIFICATION**

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

John J. Quinn, Jr., Esq.               Nicole D. Dorman, Esq.
Furniss & Quinn, PC                    Sack, Spector & Karsten
248 Hudson Street                      836 Farmington Avenue
Hartford, CT  06106                    West Hartford, CT  06119


_____
Deborah S. Russo