FILED

2005 FEB 18  P 2: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE SARKIS | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:02 CV 1710 (WWE) |
| VS. | : | |
| | : | |
| BAJA MARINE CORPORATION and INAMAR | : | |
| INSURANCE UNDERWRITING AGENCY, INC. | : | |
| | : | |
| Defendants. | : | JANUARY 28, 2005 |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff George Sarkis

and defendants Baja Marine Corporation and Inamar Insurance Underwriting Agency, Inc.,

hereby stipulate and agree that the plaintiff's Complaint, dated September 24, 2002, be dismissed

with prejudice and without costs to any party.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

PLAINTIFF, GEORGE SARKIS

By: _____
    John J. Quinn (ct#00097)
    Furniss & Quinn, PC
    248 Hudson Street
    Hartford, Connecticut 06106
    Phone: (860) 527-2245
    Fax: (860) 241-1032
    jjquinn@fqlaw.net
    His Attorney

THE DEFENDANT, INAMAR INSURANCE
UNDERWRITING AGENCY, INC.

By: _____
    Nicole D. Dorman (ct#07030)
    Sack, Spector & Karsten
    836 Farmington Avenue
    W. Hartford, Connecticut 06199
    Phone: (860) 233-8251
    ndorman@sackspec.com
    Its Attorney

THE DEFENDANT, BAJA MARINE
CORPORATION

By: _____
    Deborah S. Russo (ct#18818)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    dsrusso@dbh.com
    Its Attorney

**CERTIFICATION**

THIS IS TO CERTIFY that, on this date, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

John J. Quinn                          Nicole D. Dorman
Furniss & Quinn, PC                    Sack, Spector & Karsten
248 Hudson Street                      836 Farmington Avenue
Hartford, CT  06106                    West Hartford, CT  06119

Deborah S. Russo